UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80189-CIV-RYSKAMP/WHITE

HOWARD HENRY WITCHEL,

        Plaintiff,

v.

PALM BEACH COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes upon the Report of Magistrate Judge Patrick A. White **[DE 6]**, filed on March 12, 2008 regarding the complaint filed by *pro se* litigant Howard Henry Witchel **[DE 1]**, filed on February 21, 2008. The complaint alleged that the named defendants violated plaintiff's rights under 42 U.S.C. §1983 for defendants' failure to verify the factual allegations contained in a probable cause affidavit that was used to secure a warrant for plaintiff's arrest. In his report, Judge White recommended that the case be dismissed because it was filed after the statute of limitations period expired. To the extent that plaintiff raised a malicious prosecution claim, Judge White recommended that the case be dismissed for failure to state a claim upon which relief could be granted, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii). Although plaintiff requested an extension of time within which to file his objections, he failed to file any objections by the extended due date.

The Court has conducted a *de novo* consideration of the Complaint and the Report and Recommendation, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that:

(1)    The Report and Recommendation **[DE 6]** be, and the same hereby is, RATIFIED,

AFFIRMED and APPROVED in its entirety;

(2) Plaintiff's Complaint under 42 U.S.C. §1983 **[DE 1]** is DENIED;

(3) The Clerk of the Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 21 day of April, 2008.

        /s/ Kenneth L. Ryskamp
        KENNETH L. RYSKAMP
        UNITED STATES DISTRICT JUDGE

Copies provided:
Magistrate Judge Patrick A. White
Howard Henry Witchel, *pro se*